IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER J. FOX, KAREN FOX AND
MIKAILA FOX, HALEY FOX, CHRISTOPHER M.
FOX, TRISTAN FOX AND EASTON FOX,
MINORS, BY AND THROUGH THEIR NATURAL
GUARDIANS, CHRISTOPHER J. FOX AND KAREN FOX          PLAINTIFFS

V.                                      CIVIL ACTION NO. 1:18cv48 LG-RHW

HUNT SOUTHERN GROUP, LLC FKA
FOREST CITY SOUTHERN GROUP, LLC,
FOREST CITY RESIDENTIAL MANAGEMENT
LLC, HUNT MH PROPERTY MANAGEMENT LLC,
UNKNOWN JOHN AND JANE DOES A THROUGH
M, AND OTHER UNKNOWN CORPORATE
ENTITIES N THROUGH Z                                  DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and Rule 7(c) of the Uniform District Court Rules of the Southern District of Mississippi, counsel for Defendant Forest City Residential Management, LLC hereby certifies the following:

Defendant, Forest City Residential Management, LLC is an Ohio limited liability company that is wholly owned by Forest City Properties, LLC. Forest City Properties, LLC is an Ohio limited liability company that is wholly owned by Forest City Enterprises, L.P. Forest City Enterprises, L.P. is a Delaware limited partnership with two partners: Forest City Realty Trust, Inc., its general partner, and FCILP, LLC, its sole limited partner. Forest City Realty Trust, Inc. is a Maryland corporation with its principal place of business in Ohio. FCILP, LLC is a Delaware limited liability company that is wholly owned by Forest City Realty Trust, Inc. Ultimately, Defendant, Forest City Residential Management, LLC is a wholly owned

subsidiary of Forest City Realty Trust, Inc., whose stock is publically traded on the NYSE under the symbol FCE.A.

This the 26th day of February, 2018.

        Respectfully submitted,

        /s/ Alison O'Neal McMinn
        Joshua J. Metcalf, MSB# 100340
        Alison O'Neal McMinn, MSB# 101232
        FORMAN WATKINS & KRUTZ LLP
        210 East Capitol Street, Suite 2200
        Jackson, MS 39201
        Telephone: (601) 960-8600
        Facsimile: (601) 960-8613
        Email: joshua.metcalf@formanwatkins.com
               alison.mcminn@formanwatkins.com

        ***Attorneys for Forest City Residential Management, LLC***

## CERTIFICATE OF SERVICE

This is to certify that I, Alison O'Neal McMinn, have this date electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF participants.

THIS, the 26th day of February, 2018.

        /s/ Alison O'Neal McMinn
        Alison O'Neal McMinn, MSB# 101232