# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

CHRISTOPHER J. FOX, KAREN FOX AND
MIKAILA FOX, HALEY FOX, CHRISTOPHER M.
FOX, TRISTAN FOX AND EASTON FOX,
MINORS, BY AND THROUGH THEIR NATURAL
GUARDIANS, CHRISTOPHER J. FOX AND KAREN FOX     PLAINTIFFS

V.                     CIVIL ACTION NO. 1:18cv48LG-RHW

HUNT SOUTHERN GROUP, LLC FKA
FOREST CITY SOUTHERN GROUP, LLC,
FOREST CITY RESIDENTIAL MANAGEMENT,
LLC, HUNT MH PROPERTY MANAGEMENT LLC,
UNKNOWN JOHN AND JANE DOES A THROUGH
M, AND OTHER UNKNOWN CORPORATE
ENTITIES N THROUGH Z     DEFENDANTS

## HUNT MH PROPERTY MANAGEMENT, LLC
## DISCLOSURE STATEMENT

PURSUANT TO Rule 7.1 of the Federal Rules of Civil Procedure, subject to all its defenses, including the Rule 12 defenses, the undersigned attorney for the Defendant, Hunt MH Property Management, LLC ("Hunt MH"), states:

    a.     Hunt MH's sole member is Hunt MH AM/PM Contractual, LLC. Hunt MH AM/PM Contractual, LLC's sole member is Hunt MH, LLC. Hunt MH, LLC's sole member is Hunt ELP, Ltd. Hunt ELP, Ltd. members include HB GP, LLC and Hunt Company, LLC. Hunt Company, LLC's sole member in Hunt Companies, Inc.

    b.     There are no publicly held corporations owning 10% or more of Hunt MH's stock.

THIS, the 27th day of February, 2018.

Respectfully submitted,

**Balch & Bingham, LLP**

/s/ Jennifer J. Skipper
Walter H. Boone, MSB#8651
Jennifer J. Skipper, MSB#100808

*Attorneys for Hunt MH Property Management, LLC*

**BALCH & BINGHAM LLP**
188 East Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
Email: wboone@balch.com
jskipper@balch.com

## CERTIFICATE OF SERVICE

I, Jennifer J. Skipper, one of the attorneys for Hunt MH Property Management, LLC, do hereby certify that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of the Court of the United States District Court for the Southern District of Mississippi Southern Division via the CM/ECF system such that all ECF participants have received notice of same.

This, the 27th day of February, 2018.

/s/ Jennifer J. Skipper
Jennifer J. Skipper