# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

CHRISTOPHER J. FOX, KAREN FOX AND
MIKAILA FOX, HALEY FOX, CHRISTOPHER M.
FOX, TRISTAN FOX AND EASTON FOX,
MINORS, BY AND THROUGH THEIR NATURAL
GUARDIANS, CHRISTOPHER J. FOX AND KAREN FOX         PLAINTIFFS

V.         CIVIL ACTION NO. 1:18cv48LG-RHW

HUNT SOUTHERN GROUP, LLC FKA
FOREST CITY SOUTHERN GROUP, LLC,
FOREST CITY RESIDENTIAL MANAGEMENT,
LLC, HUNT MH PROPERTY MANAGEMENT LLC,
UNKNOWN JOHN AND JANE DOES A THROUGH
M, AND OTHER UNKNOWN CORPORATE
ENTITIES N THROUGH Z         DEFENDANTS

## HUNT SOUTHERN GROUP, LLC fka F OREST CITY
## SOUTHERN GROUP, LLC DISCLOSURE STATEMENT

PURSUANT TO Rule 7.1 of the Federal Rules of Civil Procedure, subject to all its defenses, including the Rule 12 defenses, the undersigned attorney for Defendant, Hunt Southern Group, LLC fka Forest City Southern Group, LLC ("Hunt Southern"), states:

    a.    Hunt Southern Group fka Forest City Southern Group, LLC's sole member is Southern Group Military Communities, LLC. Southern Group Military Communities, LLC's sole member is Hunt MH Ownership, LLC. Hunt MH Ownership, LLC's sole member is Hunt MH, LLC. Hunt MH, LLC's sole member is Hunt ELP, Ltd. Hunt ELP, Ltd. members include HB GP, LLC and Hunt Company, LLC. Hunt Company, LLC's sole member is Hunt Companies, Inc.

    b.    There are no publicly held corporations owning 10% or more of Hunt Southern's stock.

THIS, the 27th day of February, 2018.

                                              Respectfully submitted,

                                              **Balch & Bingham, LLP**

                                              /s/ Jennifer J. Skipper
                                              Walter H. Boone, MSB#8651
                                              Jennifer J. Skipper, MSB#100808

                                              ***Attorneys for Hunt Southern Group, LLC fka***
                                              ***Forest City Southern Group, LLC***

**BALCH & BINGHAM LLP**
188 East Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
Email:  wboone@balch.com
           jskipper@balch.com

## CERTIFICATE OF SERVICE

      I, Jennifer J. Skipper, one of the attorneys for Hunt Southern Group, LLC fka Forest City Southern Group, LLC, do hereby certify that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of the Court of the United States District Court for the Southern District of Mississippi Southern Division via the CM/ECF system such that all ECF participants have received notice of same.

      This, the 27th day of February, 2018.

                                              /s/ Jennifer J. Skipper
                                              Jennifer J. Skipper