UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER J. FOX et al                                           PLAINTIFFS

VERSUS                                            CIVIL ACTION NO. 1:18CV48-LG-RPM

HUNT SOUTHERN GROUP, LLC et al                                    DEFENDANTS

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court *sua sponte*.  Plaintiff filed the lawsuit on February 16,

2018.  As a result of appellate proceedings in the related case of *Yarbrough et al v. Hunt*

*Southern Group, LLC et al*, Civil Action No. 1:18cv51-LG-RHW, the case has been stayed since

December 2, 2019.  Based on the foregoing, the Court is of the opinion this case should be

administratively closed for statistical purposes.  **Nothing contained in this Order shall be**

**considered a dismissal or disposition of this matter.**  The Court retains jurisdiction over the

cause of action to allow either party to file a motion to reopen the case for further proceedings.

IT IS ORDERED AND ADJUDGED that this case is ADMINISTRATIVELY CLOSED

until further order of the Court.

SO ORDERED AND ADJUDGED, this the 11th day of February 2021.


/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE